

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00334-CV

**IN THE INTEREST OF R.A.J.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14957
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant Margaret Johnson.

SIGNED July 13, 2016.

_____
Patricia O. Alvarez, Justice